## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JAMES E. BURKHOLDER D/B/A WHISPERING SPRING KENNEL, | : No. 616 MAL 2021 |
| | : |
| Petitioner | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| | : |
| DEPARTMENT OF AGRICULTURE, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.

     Justice Brobson did not participate in the consideration or decision of this matter.